UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
**JANET KRONEMBERG,** :
:
       **Plaintiff,** :       Civil Case No.:
  -against- :       15-cv-3235(LDW)(AYS)
:
**WINTHROP UNIVERSITY HOSPITAL,** :
**PATRICE VILLA,** in her office and individual :       NOTICE OF
capacity, **ENRICO PEREZ,** in his official and :       <u>APPEARANCE</u>
individual capacity, :
:
       **Defendants.** :
:
:
-------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that Mary Ellen Donnelly, Esq., a Partner of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this Court, hereby enters an appearance for Defendants, Winthrop University Hospital, Patrice Villa and Enrico Perez in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       July 2, 2015

                              By:    /s/ MED
                                    Mary Ellen Donnelly
                                    PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                    521 Fifth Avenue
                                    New York, New York 10175
                                    (212) 682-0020
                               *Attorneys for Defendants*