UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JANET KRONEMBERG,

                Plaintiff,

   -against-

WINTHROP UNIVERSITY HOSPITAL,
PATRICE VILLA, in her office and individual
capacity, ENRICO PEREZ, in his official and
individual capacity,

                Defendants.
-----------------------------------------------------------x

Civil Case No.:
15-cv-3235(LDW)(AYS)

STIPULATION TO
EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that the time for the Defendants to answer, move or otherwise respond to the Complaint is hereby extended to July 31, 2015; and

IT IS FURTHER STIPULATED AND AGREED, that Defendants waive the defense of improper service of process.

Dated: New York, New York
       July 2, 2015

LAW OFFICES OF FREDERICK K.
BREWINGTON
*Attorneys for Plaintiff*

556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959

By: _____
    Frederick K. Brewington

PUTNEY, TWOMBLY, HALL & HIRSON LLP
*Attorneys for Defendants*

521 Fifth Avenue
New York, New York 10175
(212) 682-0020

By: _____
    Robert M. Tucker

So Ordered:

_____
    U.S.M.J.

1